IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr184-MEF |
| | ) | [18 USC 371] |
| FELICIA SHANTA JACKSON | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

1.   At all times relevant to this Information, the defendant FELICIA SHANTA JACKSON was employed by a tax preparation business in Montgomery, Alabama.

2.   From in or about January 2005 through in or about April 2005, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant

FELICIA SHANTA JACKSON

did conspire with others for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service ("IRS") in the ascertainment, computation, assessment, and collection of revenue, that is, income taxes.

3.   In order to effect the object of the conspiracy, between in or about January 2005 and in or about April 2005, JACKSON committed overt acts in the Middle District of Alabama. Among others, JACKSON caused to be filed with the IRS approximately nine federal income tax returns for the year 2004 that reported income for the taxpayer that JACKSON knew was well in excess of the income earned by the taxpayer.

All in violation of Title 18, United States Code, Section 371.

_/s/ Leura G. Canary_
LEURA G. CANARY
United States Attorney

_/s/ Andrew O. Schiff_
Andrew O. Schiff
Assistant United States Attorney

2