IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr184-MEF |
| FELICIA SHANTA JACKSON | ) | |


ORDER

The defendant, FELICIA SHANTA JACKSON, has indicated to the court that she wishes to enter a consent plea. Therefore, it is

ORDERED that the defendant shall appear with counsel on August 27, 2007 at 10:00 a.m., Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 20th day of August , 2007.


/s/ Wallace Capel,Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE