# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

FELICIA SHANTA JACKSON

WAIVER OF INDICTMENT

CASE NUMBER: 2:07cr184-MEF

I, _____ FELICIA SHANTA JACKSON _____ , the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8-27-07___ prosecution by indictment and consent that the
                                Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer