IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr184-MEF |
| | ) | |
| FELICIA SHANTA JACKSON | ) | |

**MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. Sentencing for the above referenced defendant is presently scheduled for June 4, 2008, before the Honorable Mark E. Fuller.

2. Defendant has agreed to cooperate, and defendant is expected to testify in the matter United States v. Tommy Jordan, Crim. No. 2:07cr285-MHT. Trial in the Jordan case is currently scheduled for June 23, 2008. However, based on discussions with Jordan's attorney, the Government anticipates that the trial will be continued until Judge Thompson's subsequent trial term, which begins on September 22, 2008. Therefore, the Government requests a continuance until approximately October 22, 2008 in order to allow the defendant to complete her cooperation.

3. Defense counsel for Defendant Jackson has been contacted and has no objection to a continuance.

Based upon the above stated reasons, the United States respectfully requests a continuance in the sentencing of this case.

Respectfully submitted this the 29th day of April, 2008.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/Andrew O. Schiff
                                      ANDREW O. SCHIFF
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, AL 36104
                                      Phone: (334)223-7280
                                      Fax: (334)223-7135
                                      E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr184-MEF |
| | ) | |
| FELICIA SHANTA JACKSON | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel G. Hamm, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: andrew.schiff@usdoj.gov