IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-184-MEF |
| | ) | |
| FELICIA SHANTA JACKSON | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #15) filed on April 29, 2008, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set for June 4, 2008 is continued to November 19, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 30th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE